IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DANIEL NORBERT HALTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:20cv00229 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| BRYAN F. HUTCHESON, et al., | ) | By: Hon. Thomas T. Cullen |
| | ) |     United States District Judge |
| Defendants. | ) | |

Plaintiff Daniel Norbert Halter, proceeding pro se, filed this civil action under 42 U.S.C. § 1983. By conditional filing orders entered April 21 and May 1, 2020, the court advised Halter that he must notify the court in writing immediately upon his transfer or release and must provide the court with his new address. (See ECF Nos. 3 and 6). On September 30, 2020, an order mailed to Halter was returned to the court as undeliverable and with no forwarding address. (See ECF No. 13.) Halter has not provided the court with an updated address and, therefore, the court has no means of contacting him. Accordingly, the court will dismiss this action without prejudice for failure to comply. The court notes that this dismissal is without prejudice to Halter's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

**ENTERED** this 30th day of September, 2020.

_____
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE